**FILED**
Vanessa L Armstrong, Clerk

Nov 17 2020

U.S. District Court
Western District of Kentucky

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | |
| ) | Case No. 3:20MJ-738 |
| **MONICA BRADLEY** ) | |
| a/k/a Monica Bass ) | |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

In or about and between August 2018 and August 2019 and in the county of Jefferson in the Western District of Kentucky, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 2251(a) and (e) | Production of Child Pornography |
| 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2) | Possession of Materials Containing Child Pornography |

This criminal complaint is based on these facts:

*See* attached affidavit.

X     Continued on the attached sheet

s/ Kay Brose
*Kay Brose, Special Agent Homeland Security Investigations*

Sworn to/attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone and email, reliable electronic means this __17th__ day of November, 2020.

Date:_____           _____
                                Hon. Magistrate Colin H. Lindsay

City and State: Louisville, Kentucky

CCT *(AUSA initials)*



## AFFIDAVIT

I, Kay Brose, having been first duly sworn, do hereby depose and state as follows:

## I. INTRODUCTION

1. I am a Special Agent with the United States Department of Homeland Security (DHS), Homeland Security Investigations (HSI) and have been employed so since January 2019.

2. Prior to HSI, I worked as a Special Agent for the United States Secret Service (USSS) from 2017-2019. Prior to that, I worked as a police officer for the Indiana Gaming Commission (IGC) from 2011-2017.

3. As a Special Agent with HSI, I am authorized to investigate crimes involving violations of federal law, including the sexual exploitation of children and, more specifically, the production, receipt, distribution, possession and accessing with intent to view child pornography. *See* 18 U.S.C. §§ 2251, *et seq.* I have received training and assisted other Special Agents with investigations in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S .C. § 2256) in all forms of media including computer media.

## II. PURPOSE STATEMENT

4. The purpose of this affidavit is to obtain an arrest warrant for Monica Lynne BRADLEY a/k/a Monica Lynne BASS (hereinafter "M. BRADLEY") for violations of 18 U.S.C. §§ 2251(a) and (e) (production of child pornography) and 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2) (possession of materials containing child pornography).

5. I have not included every fact known to me concerning this investigation and have set forth only those facts that I believe are necessary to establish probable cause to believe that M. BRADLEY violated federal child exploitation laws.

### III. SOURCES OF INFORMATION

6. The information contained in this affidavit is based on my personal observations, experience, training and information provided to me by other law enforcement officials.

### IV. PROBABLE CAUSE

7. On July 31, 2019, Louisville Metro Police Department (LMPD) Detective Kris Pedigo filed a Criminal Complaint with the Jefferson County District Court (Case# 8019054927 Warrant# E05610003552129) against Monica L. BRADLEY. Among other things, the Complaint detailed that from July 27, 2016 through July 27, 2019, in Jefferson County, Kentucky, M. BRADLEY facilitated the arrangement between codefendant Curtis Lee Bradley and minor victim 1 (MV1) in which Curtis Bradley would sexually assault MV1 for M. BRADLEY's own financial gain.

8. Co-defendant Curtis Bradley resided at 3407 Deibel Way, Louisville, KY 40220 while M. BRADLEY resided during that time at a different address with MV1 (now a 15-year-old female and the biological niece of M. BRADLEY) and MV1's grandmother and caretaker. Though they lived at different locations, M. BRADLEY was married to Curtis Bradley during the time MV1 was repeatedly sexually assaulted by Curtis Bradley. According to the Complaint, M. BRADLEY would facilitate the sexual abuse of MV1 by transporting her to Curtis Bradley's address knowing that sexual abuse was going to occur and doing so in exchange for compensation from Curtis Bradley in the form of monetary payments.

9. According to the Criminal Complaint, Curtis Bradley gave M. BRADLEY differing amounts of money over the course of approximately three years, resulting in over 100 sexual assaults of MV1. The Complaint further states that, based on digital evidence collected from the execution of local search warrants, M. BRADLEY knowingly subjected MV1 to situations where

███████████████████████████████████████ The most recent of these sexual assaults occurred on Saturday, July 27, 2019. During this particular incident, MV1 was transported by M. BRADLEY to Curtis Bradley's house located at 3407 Deibel Way, Louisville, KY 40220. According to the Complaint, once inside, MV1 was taken to Curtis Bradley's bedroom where MV1 was forced to undress while Curtis Bradley took photos of her naked body and recorded images of sexually explicit conduct. According to the Complaint, this sexually explicit conduct included defendant Curtis Bradley performing ███████████ ███████████████████████████████ After the sexual assault, Curtis Bradley allowed MV1 to leave the residence.

10. MV1 was taken to Norton's Children's Hospital for treatment related to the sexual assault. While there, MV1 had a Sexual Assault Evidence Collection Kit completed which consisted of photographs, multiple swabs taken from multiple areas of the victim's body to collect physical evidence (DNA) and a preliminary statement was given by the victim. Detectives also arranged for MV1 to have a Forensic Interview completed.

11. Your affiant conducted a review of the Forensic Interview with MV1 which was conducted on July 29, 2019, at the Family & Children's Place, located at 1000 South 5th Street, Louisville, KY 40203. The interview was conducted by Forensic Interviewer/Therapist A. Chapman, LSCW and lasted from approximately 1305-1437 hours. The Forensic Interview was video and audio recorded. During the Forensic Interview, MV1 relayed details of Curtis Bradley's sexual abuse, how M. BRADLEY facilitated the arrangement between C. BRADLEY and MV1 in that M. BRADLEY would drive MV1 over to Curtis Bradley's residence, and how M. BRADLEY benefitted from the arrangement by either receiving $20.00 in cash or crack cocaine for payment.

3

12.     On August 01, 2019, at approximately 2000 hours, M. BRADLEY was taken into custody by LMPD Detective K. Pedigo at the General Dollar Store located at 11909 Dixie Hwy, Valley Station KY 40272. In a search incident to arrest of M. BRADLEY on August 01, 2019, M. BRADLEY was found to be in possession of a black LG cell phone Model LM-Q710MS IMEI: 356694-09-545139-9 (the "LG cell phone").  The LG cell phone was the only cell phone on M. BRADLEY's person when she was arrested and, during the course of the arrest, M. Bradley referred to the LG cell phone as her phone.  LMPD Detective K. Pedigo seized the LG cell phone and it was subsequently placed in the LMPD property room.

13.     On August 12, 2019, LMPD Detective K. Pedigo applied for and obtained a state search warrant for the LG cell phone from a Jefferson Circuit Court Judge. Detective Pedigo subsequently turned the LG cell phone over to the United States Secret Service (USSS) Louisville, KY Field Office for a forensic examination.

14.     On August 28, 2019, LMPD Detective K. Pedigo received an email from the USSS advising him that they had been unable to complete the forensic examination of the LG cell phone and that all local options at the time had been exhausted.  The LG cell phone was turned back over to the LMPD and stored in their property room.

15.     On August 13, 2020, Homeland Security Investigations (HSI) Louisville received information about the ongoing LMPD investigation involving M. Bradley and Curtis Bradley as well as multiple pieces of evidence obtained by LMPD in furtherance of the original investigation.

16.     Due to technological advances and different technology capabilities at HSI, it was determined that another forensic examination of the LG cell phone with updated technologies might result in a completed forensic examination of the phone.  Accordingly, on October 9, 2020, HSI took possession of the LG cell phone. On October 14, 2020, your affiant subsequently applied

4

for and obtained a federal search warrant to search and forensically examine the LG cell phone. On October 19, 2020, your affiant sent the cell phone overnight via FedEx package to the HSI Special Agent in Charge (SAC) Chicago office for assistance. HSI SAC Chicago personnel received the cell phone on October 20, 2020, and began execution of the search warrant by accessing the phone and doing a file system extraction. The LG cell phone was then returned to HSI Louisville to be examined and reviewed.

18. On November 02, 2020, your affiant received the LG cell phone back from the HSI SAC Chicago as well as separate storage media containing a copy of the imaged data located on the cell phone. Your affiant, along with other law enforcement personnel, reviewed the information contained on the storage media and discovered that there were more than a dozen child pornography images depicting MV1 on the LG cell phone.

19. On November 09, 2020, MV1 participated in a follow up Forensic Interview. Your affiant, as well as LMPD Detective K. Pedigo, was present in the observation room while the Forensic Interview was conducted. The Forensic Interview was again conducted at the Family & Children's Place. The interview was conducted by Forensic Interviewer/Therapist R. League and lasted from approximately 1554 - 1631 hours. During the Forensic Interview, MV1 relayed, among other things, the following information:

> a. MV1 stated that both Curtis Bradley and his wife M. BRADLEY took pictures of MV1. When MV1 was asked what kind of pictures were taken, MV1 stated that they were taken of her private area            . MV1 stated that "she (referring to M. BRADLEY) would take pictures of me and would send them to him" (referring to Curtis Bradley). MV1 was asked how she knew that pictures were taken of her and that they were sent to Curtis Bradley. MV1 stated that she knew pictures were taken of her because she would play games on M. BRADLEY's cell phone from time to time and that during those times, on more than one of M. BRADLEY's cell phones, she saw pictures of herself pop up "because they had been delivered late". MV1 further said that she saw pictures of herself pop up on the phone with Curtis Bradley's name next to the pictures as well. MV1 was asked if she remembered any of M. BRADLEY's cell phones. MV1 stated that M. BRALDEY had had

5

multiple cell phones and she was unsure of the types of cell phones that M. BRADLEY had used. MV1 stated that M. BRADLEY never had an iPhone.

b.  MV1 stated that M. BRADLEY would tell her, while both she and M. BRADLEY resided with M051V1's grandmother, to take her clothes off. MV1 said that M. BRADLEY would then take pictures of MV1 in M. BRADLEY's bedroom.

c.  MV1 was asked when M. BRADLEY first started to take pictures of her. MV1 stated that she was approximately eleven (11) years old when M. BRADLEY first started taking pictures of her. MV1 further stated that she believed it was the "summer before middle school" and at the time, M. BRADLEY had an apartment on Bardstown Rd in Louisville, KY. When asked how she remembered that time frame and the location, MV1 stated that her close friend at the time lived next door to M. BRADLEY's apartment.

d.  MV1 also stated that during the relevant time period M. BRADLEY had resided at various locations, including an apartment for seniors and at MV1's Grandmother's apartment (where M. BRADLEY's bedroom had a queen size bed in it and "mint" colored walls). MV1 was unable to give specific addresses but stated that all of the above referenced locations are in Louisville, KY and she recalled her photograph being taken at some of these locations.

e.  MV1 was asked if M. BRADLEY ever mentioned anything about taking the pictures to her. MV1 stated that M. BRADLEY said if MV1 told anyone her "brother and grandmother would get killed."

h.  MV1 was shown sanitized images (images of MV1 where genitals/breasts were blurred out) of her that had been recovered from the LG cell phone. The images consisted of two (2) separate packages containing three pictures each as well as three separate images for a total of nine (9) images. MV1 identified herself as being the individual depicted in all of the images. Furthermore, MV1 identified M. BRADLEY as the individual who took all of the images presented to MV1.

> i.  The three images in the 1st package depict MV1 in a bathroom with white walls. MV1 is wearing a turquoise colored hooded sweatshirt. The first image depicts MV1  The second image depicts MV1 from                                                                  The third image depicts MV1 facing away from the camera.

When asked about the photos, MV1 stated that the images in the 1st package were taken in M. BRADLEY's apartment for seniors referenced above. MV1 stated she recognized the bathroom because of the walls. MV1 further stated that the apartment only had one (1) bathroom and that all of the pictures were taken the same day, but was unable to recollect a date and time for when they were taken.

    ii.    The three images in the 2nd package depict MV1 in the shower, ▓▓▓▓ ▓▓▓▓ The first image depicts MV1 standing in the shower, holding a washrag in her left hand while facing the camera. The second image depicts MV1 standing in the shower, still holding the washrag in her left hand ▓▓▓▓ ▓▓▓▓ The third image depicts MV1 standing in the shower, ▓▓▓▓ ▓▓▓▓

    When asked about the photos, MV1 stated that the images in the 2nd package were taken while she was in the shower at the same apartment for seniors referenced above. MV1 said that she remembered that M. BRADLEY walked into the bathroom and took all of the pictures of her while she was in the shower and that M. BRADLEY left the apartment shortly afterwards.

    iii.    Separate image #1 depicts MV1 sitting up on a bed, facing the camera, while ▓▓▓▓ ▓▓▓▓

    When asked about this image, MV1 stated that separate image #1 was taken in M. BRADLEY's bedroom at her grandmother's apartment. MV1 stated that she was watching TV in M. BRADLEY's bedroom during that time.

    iv.    Separate image #2 depicts MV1 facing the camera at an angle while pulling up her sweatshirt, ▓▓▓▓

    When asked about this image, MV1 stated that separate image #2 was taken in the living room at her grandmother's apartment. MV1 stated that the picture was taken after she got home from school and that she believed she may have been in the 8th grade during that time.

    v.    Separate image #3 depicts MV1 from the neck down and is focused on her ▓▓▓▓

    When asked about this image, MV1 stated that separate image #3 was taken in the bathroom at the above referenced apartment for seniors that Monica was renting at that time and that she recognized herself in the picture due to her hair.

20.    The forensic examination of the LG cell phone determined that the pictures in the 1st package depicting MV1 wearing a turquoise sweatshirt were taken on 08/13/2018 from the LG cell phone. The forensic examination further revealed that the pictures in the 2nd package depicting

MV1 [redacted] were taken on 08/05/2018 from the LG cell phone. Additionally, the LG cell phone contained an incoming text message from 502-533-2205 from saved contact "D/Joyce''sPeep*" on 08/06/2018 at 02:08:06 AM(UTC+0) stated "Come on Monica!!!". Another text message sent from the LG cell phone to 502-533-2205 to the same saved contact "D/Joyce''sPeep*" on 08/06/2018 at 02:07:37 AM(UTC+0) said "Curtis just text me that you wanted me to come on...is that so?".

21.   In addition to the images of MVI detailed above, the LG cell phone contained additional images depicting child pornography. Among those images[1] were the following:

   a.   several images depicting a minor male which appear to be "selfie" images (meaning the person in the picture took the pictures themselves) due to the close proximity to the minor's body as well as angles of the photos. [redacted] These images generally show the minor male's body from the chest down [redacted]

   b.   several images depicting a minor female posing on a chair. The images involving the minor female on the chair do not show the minor female's face and are focused on the female's [redacted]

   c.   an image depicting a different minor female laying on her back, focused on the [redacted] The image does not capture the face of the minor female. This minor female appears to be smaller in stature than the minor female in the images described in subparagraph (b) above.

   d.   an image depicting a minor male [redacted] The picture does not depict the face of the minor nor the adult.

---

[1] Copies of the additional images found on the LG cell phone and detailed in paragraph 21, as well as all of the images described in paragraph 19, above, have been shown to the reviewing Magistrate Judge and will be maintained in a secure manner by Affiant.

## V. CONCLUSION

22. Based on the foregoing, there is probable cause to believe that while in the Western District of Kentucky, Jefferson County, Kentucky, Monica Lynne BRADLEY a/k/a Monica Lynne BASS engaged in the following:

a. On or about August 5, 2018 and August 13, 2018, she knowingly used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct as that term is defined in 18 U.S.C. § 2256(2)(A) for the purpose of producing visual depictions of such conduct using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means in violation of 18 U.S.C. §§ 2251(a) and 2251(e); and

b. On or about August 01, 2019, she knowingly possessed child pornography, as that term is defined in 18 U.S.C. §2256(8)(A), in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

Respectfully submitted,

_s/ Kay Brose_____
Kay Brose
Special Agent
Homeland Security Investigations

*Sworn to/attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone and email, reliable electronic means this 17th day of November, 2020.*

_____
UNITED STATES MAGISTRATE JUDGE