UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

vs.                                          CRIMINAL ACTION NO. 3:21-CR-019-CRS

MONICA BRADLEY                                           DEFENDANT

## MEMORANDUM FROM CHANGE OF PLEA HEARING
## and ORDER SCHEDULING TELEPHONIC STATUS CONFERENCE

This case was called in open court on October 18, 2021, for a change of plea hearing. There appeared Christopher C. Tieke and Stephanie M. Zimdahl, Assistant United States Attorneys, and Defendant Monica Bradley, in custody, with appointed counsel, Aaron M. Dyke, Assistant Federal Defender.

The Defendant, by counsel, advised the Court that she desired to change her previous plea of Not Guilty to Counts 1, 2 and 3 of the Indictment to a plea of Guilty as to Counts 1, 2 and 3 of the Indictment. The Court addressed the Defendant personally in open court and informed Defendant of and determined that the Defendant understood those matters set forth in Fed. R. Crim. P. 11(b)(1)(A) through (N). The Court further determined, after addressing the Defendant personally in open court, that the plea was voluntary and not the result of force, threats, or promises. The Court further inquired as to whether the Defendant's willingness to plead guilty resulted from prior discussions between the attorney for the government and the Defendant and/or her counsel pursuant to Fed. R. Crim. P. 11(c)(1).

The Court was advised that there was no written plea agreement in this case, and that the Defendant was entering an open, oral plea. The Court advised the Defendant that she would have no right to withdraw the plea at a later date, but that such a request could be made to the Court.

1

The Court further determined that there was a factual basis for the plea of Guilty as required under Rule 11(b)(3), and a plea of Guilty was entered and accepted as to Counts 1, 2 and 3 of the Indictment. All proceedings were conducted on the record as required by Rule 11(g).

At the request of the United States and the Defendant, by agreement of the parties and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The **Sentencing** in this matter is **CONTINUED generally**.

2. This matter is **SCHEDULED** for a Telephonic Status Conference on **January 4, 2022, at 2:30 p.m.**, before the Honorable Charles R. Simpson, III, United States Senior District Judge. **Counsel for the parties shall connect to the conference by dialing the toll-free number 888-684-8852 and entering access code 2068314#. Parties shall dial into the conference five (5) minutes prior to the Conference.**

3. Participation by the Defendant is not mandatory. Should defense counsel desire to have their client participate, defense counsel shall contact Case Manager Renee Koch at (502) 625-3530 no later than three (3) business days prior to the scheduled conference to allow coordination with the facility in which the Defendant is detained.

**IT IS FINALLY ORDERED** that the Defendant **SHALL** be **remanded to the custody** of the U.S. Marshal.

cc: Counsel of Record
    United States Probation
    Counsel of Record

Court Reporter: Becky Boyd

Time: 00/55

*Charles R. Simpson III, Senior Judge*
*United States District Court*
October 19, 2021