UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                      PLAINTIFF

vs.                                        CRIMINAL ACTION NO. 3:21-CR-019-CRS

MONICA BRADLEY                                             DEFENDANT

## ORDER FOLLOWING TELEPHONIC STATUS CONFERENCE

A Telephonic Status Conference was held in this matter on January 4, 2022. Participating in the Conference were:

For the United States of America

    Stephanie M. Zimdahl, Assistant United States Attorney
    Christopher C. Tieke, Assistant United States Attorney

For the Defendant

    Aaron M. Dyke, Assistant Federal Defender

Defendant Monica Bradley entered a plea of guilty on October 18, 2021. At the parties' request, sentencing in this matter was continued generally. Based on the discussion during this conference, by agreement of the parties, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. This matter is **SCHEDULED** for a **Sentencing** hearing on **March 29, 2022, at 1:30 p.m.**, before the Honorable Charles R. Simpson, III, United States Senior District Judge, at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

cc:    Counsel of Record
        United States Probation

Court Reporter: Terri Turner

Time: 00/05

Charles R. Simpson III, Senior Judge
United States District Court

January 4, 2022

1